# NO. 12-19-00155-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MARY BETH SMITH, RIKKI SANDVIK, TAMARA LITTLE AND ESTELA TORRES,*<br>*APPELLANTS* | § | *APPEAL FROM THE 124TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *ZEID WOMEN'S HEALTH CENTER, LTD.,*<br>*APPELLEE* | § | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Mary Beth Smith, Rikki Sandvik, Tamara Little, and Estela Torres, Appellants, filed an agreed motion to dismiss this appeal. The motion states that the parties resolved the dispute between them. No decision has been delivered in this appeal. Accordingly, the agreed motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered November 27, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 27, 2019**

**NO. 12-19-00155-CV**

**MARY BETH SMITH, RIKKI SANDVIK,**
**TAMARA LITTLE AND ESTELA TORRES,**
Appellants
V.
**ZEID WOMEN'S HEALTH CENTER, LTD.,**
Appellee

Appeal from the 124th District Court

of Gregg County, Texas (Tr.Ct.No. 2019-421-B)

THIS CAUSE came on to be heard on the motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*